IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EMILIEN PHANOL,
A# 200-353-002,

    Petitioner,

v.                                  Case No. 4:16cv615-MW/CAS

LORETTA LYNCH, et al.,

    Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,[1]

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The motion to reopen and request for stay of deportation, construed as a § 2241 habeas petition, and the motion for post-conviction relief, ECF No. 3, are **DENIED** for lack of jurisdiction,

---

[1] This Court notes Petitioner has failed to keep the Clerk advised of his current address.

1

and this case is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on January 13, 2017.**

<u>**s/Mark E. Walker**</u>    ____
**United States District Judge**